# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRENDAN K. MOORE<br><br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>*Defendant* | )<br>)<br>)  Civil Action No.   2:15-CV-00301-JTR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED
Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JOHN T. RODGERS   on motions for
Summary Judgment, (ECF Nos. 15 and 16)

Date:   November 2, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco